IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL S. GRIFFIS                                                                                          PLAINTIFF
ADC #134561

V.                                            5:08cv00044 WRW-JWC

JAMES BLACKMON, et al                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendants Griffin, Austin, Mosley, and Davis are dismissed, without prejudice. Plaintiff's case shall proceed against Defendant Blackmon only.

Service is now appropriate for Defendant Blackmon. The Clerk of the Court is directed to prepare a summons for Defendant, and the United States Marshal is directed to serve copies of the original and amended complaints with any attachments (docket entries #2, #7, #8), and a summons for Defendant through Humphries and Lewis law firm, P.O. Box 20670, White Hall, Arkansas 71612, without prepayment of fees and costs or security therefor. Should Defendant need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 10th day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE