IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL S. GRIFFIS                                                                    PLAINTIFF
ADC #134561

V.                               NO.  5:08cv00044 WRW-JWC

JAMES BLACKMON, et al                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for default judgment (Doc. No. 25) is denied.

IT IS SO ORDERED this 21st day of July, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE