**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MICHAEL S. GRIFFIS**                                             **PLAINTIFF**
**ADC #134561**

**V.**                          **5:08cv00044 WRW**

**JAMES BLACKMON**                                       **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. In his objections, Plaintiff asserts that the "Magistrate is in error when he stated that the plaintiff failed to file a grievance -- that document has been submitted."[1] The only grievance I could find in the record involves Plaintiff's complaints about not being provided a Physician's Desk Reference book; that issue has nothing to do with the claims in this case.

The Findings and Recommendations are adopted in their entirety as this Court's findings. Accordingly, Defendant's motion to dismiss (Doc. No. 21) is GRANTED and Plaintiff's case is dismissed in its entirety, without prejudice. This dismissal does not count as a strike.

IT IS SO ORDERED this 11th day of August, 2008.

                                                                 /s/ Wm. R. Wilson, Jr.
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.